IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES of AMERICA, | : | CIVIL ACTION |
| v. | : | No. 11-237 |
| ALPHONSE HOWARD | : | CRIMINAL ACTION No. 07-021-1 |

**O R D E R**

**AND NOW**, this 18th day of May, 2011 upon consideration of Defendant Alphonse Howard's Motion pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Doc. No. 87) and the Government's opposition thereto (Doc. No. 94), for the reasons delineated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**. Likewise, for the same reasons outlined in the Memorandum, no certificate of appealability should or will be issued.

It is further **ORDERED** that this case is **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE